EDP:CWE
F. #2021R00459

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>SEAD SELIMOVIC,<br><br>Defendant. | S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>Cr. No. 23-149 (S-1) (NGG)<br>(T. 18, U.S.C., §§ 371, 981(a)(1)(C) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO COMMIT MAIL FRAUD</u>

1.      In or about and between February 2017 and January 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SEAD SELIMOVIC, together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud, and to obtain money and property from, New York State and the United States Department of Agriculture by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to place and cause to be placed in a post office and authorized depository for mail matter, one or more matters and things to be sent and delivered by the United States Postal Service, and to deposit and cause to be deposited one or more matters and things to be sent and delivered by private and commercial interstate carriers, and to take and receive therefrom one or more such matters and things, contrary to Title 18, United States Code, Section 1341.

2.       In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant SEAD SELIMOVIC, together with others, did commit and cause the commission of, among others, the following:

### OVERT ACT

(a)       On or about December 3, 2020, SEAD SELIMOVIC mailed a Disabled Homeowners' Exemption application from Queens, New York to the New York City Department of Finance's Post Office Box in Union, New Jersey, knowing that he included false information about his income in the application.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

3.       The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, including but not limited to: three cashier's checks, all of which were seized from the person of SEAD SELIMOVIC, in Queens, New York:

(a)       one cashier's check from Scranton Housing Authority in the amount of five hundred fifty-four dollars and zero cents ($554.00);

(b)       one cashier's check from the City of New York Department of Social Services in the amount of one hundred sixty-two dollars and thirty-five cents ($162.35); and

3

        (c)        one cashier's check from the City of New York Department of Social Services in the amount of one hundred eighty-seven dollars and fifty cents ($187.50).

        4.        If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a)        cannot be located upon the exercise of due diligence;

        (b)        has been transferred or sold to, or deposited with, a third party;

        (c)        has been placed beyond the jurisdiction of the court;

        (d)        has been substantially diminished in value; or

        (e)        has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

*By David Pitluck, Assistant U.S. Attorney*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK